# EXHIBIT 1

**Registration Number**

# TX 9-494-271

**Effective Date of Registration:**
April 23, 2025
**Registration Decision Date:**
April 25, 2025

## Title

**Title of Work:**   The Gaslight District Style Guide

## Completion/Publication

**Year of Completion:**   2024
**Date of 1st Publication:**   March 21, 2025
**Nation of 1st Publication:**   Australia

## Author

- **Author:**   Glitch Productions Pty Ltd
  **Author Created:**   text, artwork
  **Work made for hire:**   Yes
  **Domiciled in:**   Australia

## Copyright Claimant

**Copyright Claimant:**   Glitch Productions Pty Ltd
32 Phillips Street, Level 12, Parramatta, NSW, 2150, Australia

## Limitation of copyright claim

**Material excluded from this claim:**   pre-existing artwork

**New material included in claim:**   text, artwork

## Rights and Permissions

**Organization Name:**   Adams and Reese LLP
**Name:**   Kristina Montanaro Schrader
**Email:**   kristina.schrader@arlaw.com
**Telephone:**   (615)259-1450
**Address:**   1600 West End Ave
Suite 1400

Nashville, Tennessee 37203 United States

## Certification

|                                        |                             |
|---------------------------------------:|:----------------------------|
|                             **Name:**  | Kristina Montanaro Schrader |
|                             **Date**:  | April 23, 2025              |
|   **Applicant's Tracking Number**:     | 034887-000001               |

**Correspondence:**  Yes

**Registration Number**

# VA 2-459-163

**Effective Date of Registration:**
April 23, 2025
**Registration Decision Date:**
August 26, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Breadhead |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | March 21, 2025 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| • ••••••••••••••**Author:** | Glitch Productions Pty Ltd |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Glitch Productions Pty Ltd |
| | 32 Phillips Street, Level 12, Parramatta, NSW, 2150, Australia |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Adams and Reese LLP |
| **Name:** | Kristina Montanaro Schrader |
| **Email:** | kristina.schrader@arlaw.com |
| **Telephone:** | (615)259-1450 |
| **Address:** | 1600 West End Ave |
| | Suite 1400 |
| | Nashville, Tennessee 37203 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Kristina Montanaro Schrader |
| **Date**: | April 23, 2025 |
| **Applicant's Tracking Number**: | 034887-000001 |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Registration Number**

# VA 2-459-165

**Effective Date of Registration:**
April 23, 2025
**Registration Decision Date:**
August 26, 2025

## Title

       **Title of Work:**   Mel

## Completion/Publication

       **Year of Completion:**   2024
    **Date of 1st Publication:**   March 21, 2025
  **Nation of 1st Publication:**   Australia

## Author

          • •••••••••••••••**Author:**   Glitch Productions Pty Ltd
         **Author Created:**   2-D artwork
     **Work made for hire:**   Yes
           **Domiciled in:**   Australia

## Copyright Claimant

    **Copyright Claimant:**   Glitch Productions Pty Ltd
                         32 Phillip Street, Level 12, Paramatta, NSW, 2150, Australia

## Rights and Permissions

    **Organization Name:**   Adams and Reese LLP
              **Name:**   Kristina Montanaro Schrader
              **Email:**   kristina.schrader@arlaw.com
         **Telephone:**   (615)259-1450
           **Address:**   1600 West End Ave
                         Suite 1400
                         Nashville, Tennessee 37203 United States

## Certification

|  |  |
|---|---|
| **Name:** | Kristina Montanaro Schrader |
| **Date**: | April 23, 2025 |
| **Applicant's Tracking Number**: | 034887-000001 |

**Copyright Office notes:**  Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Registration Number**

## VA 2-459-218

**Effective Date of Registration:**
April 23, 2025
**Registration Decision Date:**
August 26, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Ken |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | March 21, 2025 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| **• ⸺⸺⸺⸺Author:** | Glitch Productions Pty Ltd |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Glitch Productions Pty Ltd |
| | 32 Phillips Street, Level 12, Parramatta, NSW, 2150, Australia |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Adams and Reese LLP |
| **Name:** | Kristina Montanaro Schrader |
| **Email:** | kristina.schrader@arlaw.com |
| **Telephone:** | (615)259-1450 |
| **Address:** | 1600 West End Ave |
| | Suite 1400 |
| | Nashville, Tennessee 37203 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Kristina Montanaro Schrader |
| **Date**: | April 23, 2025 |
| **Applicant's Tracking Number**: | 034887-000001 |

**Copyright Office notes:**  Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

**Registration Number**

# VA 2-459-168

**Effective Date of Registration:**
April 23, 2025
**Registration Decision Date:**
August 26, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | Mud |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | March 21, 2025 |
| **Nation of 1st Publication:** | Australia |

## Author

|  |  |
|---|---|
| • •••••••••••••••**Author:** | Glitch Productions Pty Ltd |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Australia |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Glitch Productions Pty Ltd |
|  | 32 Phillips Street, Level 12, Parramatta, NSW, 2150, Australia |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Adams and Reese LLP |
| **Name:** | Kristina Montanaro Schrader |
| **Email:** | kristina.schrader@arlaw.com |
| **Telephone:** | (615)259-1450 |
| **Address:** | 1600 West End Ave |
|  | Suite 1400 |
|  | Nashville, Tennessee 37203 United States |

## Certification

Page 1 of 2

|  |  |
|---|---|
| **Name:** | Kristina Montanaro Schrader |
| **Date**: | April 23, 2025 |
| **Applicant's Tracking Number**: | 034887-000001 |

**Copyright Office notes:**   Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

Page 2 of 2