# EXHIBIT 2

# United States of America

## United States Patent and Trademark Office

# THE GASLIGHT DISTRICT

**Reg. No. 7,708,836**

**Registered Mar. 04, 2025**

**Int. Cl.: 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

Glitch Productions Pty Ltd  (AUSTRALIA PROPRIETARY LIMITED COMPANY)
Level 12, 32 Phillips Street
Parramatta NSW 2150
AUSTRALIA

CLASS 28: Action figure toys; Toy accessories, namely, costumes for toys; electronic multiple activity toys; modeled plastic figurines being toys; toys, namely, scale model plastic figures; toy models; plush stuffed toys; plush toys; apparatus for electronic games adapted for use with an external display screen or monitor; card games; dice games; arcade games; electronic games for the teaching of children; party games; portable gaming devices, namely, portable games with liquid crystal displays; trading cards for games; dolls; plush dolls

CLASS 41: Arranging of social entertainment events; entertainment services in the nature of an ongoing animation series; fan club services; live entertainment associated with an animation series, namely cosplay entertainment events, live music concerts, live visual and audio performances by actors; organization of social entertainment events; providing information, including online, about entertainment activities; provision of entertainment services in the nature of an animation series via an online forum; provision of non-downloadable audio and video entertainment featuring an animation series via electronic or digital transmission; television entertainment, namely, an ongoing television programs in the field of variety; video entertainment services, namely, an animation series; live entertainment production services in the nature of production of live events for parties and special events for social entertainment purposes; production of audio entertainment, namely, audio recording; multimedia entertainment services in the nature of development, production and post-production services in the fields of video and films production of live entertainment; production of animated cartoons; production of audio and/or video recordings, other than advertising; production of webcasts, other than advertising; providing online electronic publications, not downloadable in the nature of magazines in the field of entertainment; On-line journals, namely, blogs featuring entertainment news; Online publication of journals; screenplay writing

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 06-01-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1739688 DATED 06-07-2023, EXPIRES 06-07-2033

SER. NO. 79-374,003, FILED 06-07-2023





Acting Director of the United States Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# THE GASLIGHT DISTRICT

**Reg. No. 8,140,100**
**Registered Feb. 17, 2026**
**Int. Cl.: 14, 16, 21, 24**
**Trademark**
**Principal Register**

Glitch Productions Pty Ltd  (AUSTRALIA PROPRIETARY LIMITED COMPANY)
Level 12, 32 Phillip St
Paramatta NSW 2150
AUSTRALIA

CLASS 14: Name badges of precious metal for wear; badges of precious metals; imitation jewellery; decorative pins of precious metal being jewellery; pins being jewellery; decorative pins being jewellery; jewellery charms made of precious metals or plated therewith; jewellery charms; ornaments of precious metal in the nature of jewellery; jewellery; bracelets being jewellery; clocks; jewellery articles being rings, chains; earrings; stud earrings; figurines of precious metal; hat jewellery; lanyards for holding keys; necklaces being jewellery; key chains; key rings; key holders being key chains; charms for key rings; rings being jewellery; watches

CLASS 16: Stationery being writing pads; printed calendars; display banners of paper; display banners of cardboard; paper banners; printed invitation cards; printed birthday cards; painting sets for children; photo albums; gift boxes; paper iron-on transfers; paper napkins; ribbons of paper for gift wrapping; stationery being document portfolios; table coverings of paper being paper table linens; coasters of cardboard; tablemats of card; table linen of paper; table runners of paper; table mats of paper; printed note cards; collectible printed trading cards; printed daily planners; paper for wrapping and packaging; wrapping paper; pencil cases; decorations of cardboard being festive decorations, other than Christmas tree ornaments; framed art pictures; printed posters; posterboard; printed publications, namely, books in the field of entertainment; printed children's activity books; printed comic books; comics, namely, printed comic strips; printed artworks being art prints; printed matter being printed articles in the field of entertainment; printed cartoon strips; printed general feature magazines featuring stories, games and learning activities; animation cels; paper badges; lanyards for holding paper cards; printed children's books; sticker books; stickers; stationery; party decorations of paper; decorations of paper being festive decorations, other than Christmas tree ornaments; paper party decorations

CLASS 21: Table napkin holders; bottle openers; money boxes; cookie jars; household cooking utensils, namely, kitchen tongs; kitchen utensils, namely, pouring and straining spouts; non-electric cookware, namely, pots, pans; crockery, namely, pots, dishes, drinking cups and saucers, bowls, serving bowls and trays; coffee cups; cups; cups of paper and plastic; disposable bowls; disposable table plates; drinkware; beverageware; glass beverageware; jugs; lunch boxes; mugs; cooking utensils, non-electric being non-electric cooking pots; decorative centerpieces of china; china figurines; beverage glassware, porcelain mugs, and earthenware mugs; ornaments being statues made of crystal; decorative objects being ornaments made of ceramic; decorative objects being ornaments made of porcelain; decorative objects being ornaments made of earthenware; ornaments being statues made of glass; ornaments being statues of porcelain; plastic bottles sold empty; paper plates; plates; portable beverage dispensing urns, non-electric; containers for household or kitchen use; household containers; straws for drinking; tea



DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE



sets; tableware, other than knives, forks and spoons, namely, tea services in the nature of tableware

CLASS 24: Blanket throws; children's blankets; pillow cases; bedsheets; pillow covers; curtain fabrics; mattress covers; quilt covers; bed covers; bed blankets; quilted bed blankets; shower curtains; washcloths; sleeping bags; beach towels; bath towels; towelling in the nature of textile towels; household textiles in the nature of table linen, quilts; printed fabrics, namely, fabrics with designs printed thereon; household linen

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 04-29-2025 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1857086 DATED 04-30-2025, EXPIRES 04-30-2035

SER. NO. 79-424,844, FILED 04-30-2025

```
┌─────────────────────────────────────────────────────────────────────────┐
│     REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION          │
│                                                                           │
│  WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE       │
│        DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.                  │
└─────────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 8,139,998**

**Registered Feb. 17, 2026**

**Int. Cl.: 14, 16, 21, 24, 25, 28**

**Trademark**

**Principal Register**

Glitch Productions Pty Ltd  (AUSTRALIA PROPRIETARY LIMITED COMPANY)
Level 12, 32 Phillip St
Paramatta NSW 2150
AUSTRALIA

CLASS 14: Name badges of precious metal for wear; badges of precious metals; imitation jewellery; decorative pins of precious metal being jewellery; pins being jewellery; decorative pins being jewellery; jewellery charms made of precious metals or plated therewith; jewellery charms; ornaments of precious metal in the nature of jewellery; jewellery; bracelets being jewellery; clocks; jewellery articles being rings, chains; earrings; stud earrings; figurines of precious metal; hat jewellery; lanyards for holding keys; necklaces being jewellery; key chains; key rings; key holders being key chains; charms for key rings; rings being jewellery; watches

CLASS 16: Stationery being writing pads; printed calendars; display banners of paper; display banners of cardboard; paper banners; printed invitation cards; printed birthday cards; painting sets for children; photo albums; gift boxes; paper iron-on transfers; paper napkins; ribbons of paper for gift wrapping; stationery being document portfolios; table coverings of paper being paper table linens; coasters of cardboard; tablemats of card; table linen of paper; table runners of paper; table mats of paper; printed note cards; collectible printed trading cards; printed daily planners; paper for wrapping and packaging; wrapping paper; pencil cases; decorations of cardboard being festive decorations, other than Christmas tree ornaments; party decorations of paper; decorations of paper being festive decorations, other than Christmas tree ornaments; framed art pictures; printed posters; posterboard; printed publications, namely, books in the field of entertainment; printed children's activity books; printed comic books; comics, namely, printed comic strips; printed artworks being art prints; printed matter being printed articles in the field of entertainment; printed cartoon strips; printed general feature magazines featuring stories, games and learning activities; animation cels; paper badges; lanyards for holding paper cards; printed children's books; sticker books;



DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE



stickers; stationery; paper party decorations

CLASS 21: Table napkin holders; bottle openers; money boxes; cookie jars; household cooking utensils, namely, kitchen tongs; kitchen utensils, namely, pouring and straining spouts; non-electric cookware, namely, pots, pans; crockery, namely, pots, dishes, drinking cups and saucers, bowls, serving bowls and trays; coffee cups; cups; cups of paper and plastic; disposable bowls; disposable table plates; drinkware; beverageware; glass beverageware; jugs; lunch boxes; mugs; cooking utensils, non-electric being non-electric cooking pots; decorative centerpieces of china; china figurines; beverage glassware, porcelain mugs, and earthenware mugs; ornaments being statues made of crystal; decorative objects being ornaments made of ceramic; decorative objects being ornaments made of porcelain; decorative objects being ornaments made of earthenware; ornaments being statues made of glass; ornaments being statues of porcelain; plastic bottles sold empty; paper plates; plates; portable beverage dispensing urns, non-electric; containers for household or kitchen use; household containers; straws for drinking; tea sets; tableware, other than knives, forks and spoons, namely, tea services in the nature of tableware

CLASS 24: Blanket throws; children's blankets; pillow cases; bed coverings being bed covers; bedsheets; pillow covers; curtain fabrics; mattress covers; quilt covers; bed blankets; quilted bed blankets; shower curtains; washcloths; sleeping bags; beach towels; bath towels; towelling in the nature of textile towels; household textiles in the nature of table linen, quilts; printed fabrics, namely, fabrics with designs printed thereon; household linen

CLASS 25: Party hats in the nature of fashion hats worn to special events; clothing, namely, tops, knit shirts, polo shirts, jumpers in the nature of sweaters, T-shirts, sweat shirts, blouses, blazers, sweaters, jackets, vests, coats, ponchos, dresses, skirts, trousers, pants, overalls, jeans, denims in the nature of pants, shorts, camisoles, lingerie, sleepwear, underwear, swim wear, gloves, ties, scarves, headscarves, shawls, clothing belts of textile, socks, hosiery; footwear; headwear

CLASS 28: Paper party favours; decorations for Christmas trees; paper party hats; toy glow stick bracelets for parties; novelty noisemaker toys for parties; electric action toys; costumes for toys in the nature of doll costumes; children's multiple activity toys; modeled plastic toy figurines; cuddly toys being plush toys; squishy toys in the nature of squeeze toys; children's toys in the nature of plastic character toys; electronic action toys; mechanical toys; toy figures; toy models; toy figure scale model kits; scale model figures being modeled plastic toy figurines; pull toys; stuffed toys; hand-held party poppers; party favors in the nature of crackers; party balloons; party novelties in the nature of novelty noisemaker toys for parties; party novelties in the nature of party balloons; board games; card games; parlour games; dice games; electronic games other than those adapted for use with television receivers only; party games and musical toys; playthings, namely, puppet theatres; games and playthings being balls for games; portable gaming devices being portable handheld game consoles incorporating telecommunication functions; trading cards for games; electronic game playing apparatus for adventure games; apparatus for games, namely, bases, bats, and balls for playing indoor and outdoor games; slingshots being sporting articles; sporting equipment, namely, lower body alignment apparatus; dolls; plush toys; plush dolls; plush character toys

The mark consists of the design of a gas lamp incorporating a skeleton figure with the stylized words "THE GASLIGHT DISTRICT" stacked on three lines inside the lamp.

PRIORITY DATE OF 01-31-2025 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1844133 DATED 02-05-2025, EXPIRES 02-05-2035

SER. NO. 79-419,043, FILED 02-05-2025

```
┌─────────────────────────────────────────────────────────────────────────┐
│        REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION        │
│                                                                           │
│     WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE    │
│            DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.              │
└─────────────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.